410 January 8, 2025 No. 35

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Yelena BONDARENKO,
*Petitioner,*

*v.*

DEPARTMENT OF HUMAN SERVICES,
*Respondent.*

Department of Human Services
DD1472;
A178649

Submitted December 13, 2024.

Yelena V. Bondarenko filed the briefs *pro se*.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, Kamins, Judge, and Nakamoto, Senior Judge.

KAMINS, J.

Affirmed.

**KAMINS, J.**

Petitioner seeks judicial review of a final order of the Department of Human Services (DHS) determining that she had received an overpayment of Supplemental Nutrition Assistance Program (SNAP) benefits and Employment Related Day Care (ERDC) benefits. Petitioner initially requested a hearing to challenge DHS's determination and later withdrew that request, rendering the agency order final. OAR 137-003-0672(3)(a). She later attempted to rescind that withdrawal and participate in a hearing. DHS denied that request, because it came well outside the 10-day deadline for requests to rescind a hearing withdrawal. OAR 461-025-0350(2). After reviewing the documents properly admitted into the record, we perceive no error in DHS's decision. *See* ORS 183.482 (setting forth our standard of review).

Affirmed.